UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | MDL NO.: 1699<br>District Judge: Charles R. Breyer<br>Docket No.: 05-4734 CRB |
| MATTHEW CAVALLO *et ux* SALLY CAVALLO, ALPHONSE DEROSA, VICTORIA SMITH AND REBECCA WHITAKER, ) ) ) ) ) | |
| Plaintiffs, ) ) ) ) ) ) | **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AGAINST PFIZER DEFENDANTS** |
| -vs- ) ) | |
| PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, a wholly-owned subsidiary of PHARMACIA CORPORATION, ) ) ) ) ) ) ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Victoria Smith and Rebecca Whitaker, ("Plaintiffs"), Defendants Pfizer Inc., Pharmacia Corporation and Pharmacia & Upjohn Company ("Pfizer Defendants"), through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, Plaintiffs Victoria Smith and Rebecca Whitaker's claims asserted against Pfizer

Defendants, which were filed in a Complaint in the above-entitled action are dismissed with prejudice and without costs to any of the parties as against the other.

This Stipulation, however, is a partial dismissal in that it does not affect any claims, counterclaims or issues by or between Defendants and Plaintiffs Matthew Cavallo or Alphonse DeRosa. This Stipulation may by filed without further notice with the Clerk of the Court. A facsimile copy of this Stipulation shall have the same effect as the original.

Dated: Binghamton, New York
December 18, 2008

LAW OFFICE OF RONALD R. BENJAMIN

Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442
*Attorneys for Plaintiffs*

DLA PIPER US LLP

Christopher M. Strongosky
Tiffany L. Christian
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
*Attorneys for Pfizer Defendants*

IT IS SO ORDERED.

January  22 , 2009.



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer